IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD L. JACKSON, 11-01957 | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:12-298 |
| | ) District Judge Mark R. Hornak |
| WARDEN WILLIAM SCHOPPE; *ET AL.*, | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

The above captioned case was initiated by the filing of a Motion for Leave to proceed *In Forma Pauperis* (ECF No. 1) on March 12, 2012, and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636, and the local rules of court.

On February 19, 2013, the Magistrate Judge filed a Report and Recommendation (ECF No. 19) recommending that the Complaint be dismissed for failure to prosecute. Plaintiff was served with the Report and Recommendation at his listed address and was advised that he had fourteen days to file written objections to the Report and Recommendation. On February 27, 2013, the Report and Recommendation was returned to the Court as undeliverable at Plaintiff's address of record.

After *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 5th day of March, 2013;

IT IS ORDERED that the Complaint is DISMISSED for failure to prosecute.

1

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF. No. 19) dated February 19, 2013, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

_____
Mark R. Hornak
United States District Judge

Richard L. Jackson
11-01957
Beaver County Jail
6000 Woodlawn Boulevard
Aliquippa, PA 15001